LEILA L. HALE, ESQ.
Nevada Bar No. 7368
JOHN P. JIMENEZ, ESQ.
Nevada Bar No. 11400
**HALE INJURY LAW**
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
Phone: (702) 736-5800
Fax: (702) 534-4655
lhale@haleinjurylaw.com
jjimenez@haleinjurylaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DACIA OVERSTREET,<br><br>Plaintiff<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendant | CASE NO: 2:21-cv-00451-JCM-BNW<br><br>MOTION TO WITHDRAW COUNSEL FROM SERVICE LIST AND [PROPOSED ORDER] |

Pursuant to LR IA 11-6(b) and (e), LEILA L. HALE, ESQ., and JOHN P. JIMENEZ, ESQ. of the law firm HALE INJURY LAW hereby move the Court for an order to withdraw ANDREW W. COATES, ESQ. from this case and remove him and all e-mails associated with him from all service lists, including the Court's electronic notification list, in the above-captioned case.

Attorney ANDREW W. COATES, Esq. is no longer with HALE INJURY LAW and therefore no longer has any part of the representation of Plaintiff or any other party in the above-captioned case. Mr. Coates' withdrawal from the case is not expected to result in delay of

1

discovery, the trial, or any hearing in the case. The Plaintiff will remain represented by LEILA L. HALE, ESQ., and JOHN P. JIMENEZ, ESQ. of HALE INJURY LAW. It is therefore requested that Attorney Andrew W. Coates be withdrawn from this case and his e-mail address be removed from the electronic notification list in this case.

Dated 29th day of June, 2021.

HALE INJURY LAW

_____
JOHN P. JIMENEZ, ESQ.
Nevada Bar No. 11400
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

### Order

**IT IS SO ORDERED**

**DATED:** 12:24 pm, July 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**