EDDIE S. GULBENKIAN, ESQ.
Nevada Bar No. 007726
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Tel:    702-479-4350
Fax:    702-270-4602
egulbenk@travelers.com

Attorney for Defendant **THE TRAVELERS**
**HOME AND MARINE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DACIA NIELSON OVERSTREET,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | **CASE NO.:  2:21-cv-00451-JCM-BNW** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff DACIA NIELSON OVERSTREET, by and through her attorneys, JOHN JIMENEZ, ESQ., of HALE INJURY LAW, and Defendant, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, by and through its attorney, EDDIE S. GULBENKIAN, ESQ., of RAY LEGO & ASSOCIATES, that the above-entitled Complaint be dismissed with prejudice, each party to bear its own costs and attorney's fees.

There are no hearings presently set before the Court.

/ / /

/ / /

/ / /

/ / /

1

Dated: this 20th day of September, 2022

HALE INJURY LAW

/s/ **Christian N. Griffin**
CHRISTIAN N. GRIFFIN, ESQ.
SBN 10601
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89012
Tel:   702-736-5800
Fax:   702-534-4655
cgriffin@haleinjurylaw.com
Attorneys for Plaintiff
**DACIA NIELSON OVERSTREET**

Dated: this 21st day of September, 2022

RAY LEGO & ASSOCIATES

/s/ **Eddie S. Gulbenkian**
EDDIE S. GULBENKIAN, ESQ.
SBN 7726
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:   (702) 479-4350
Fax:   (702) 270-4602
egulbenk@travelers.com
Attorneys for Defendant **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY**

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED that THE TRAVELERS HOME AND MARINE INSURANCE COMPANY be dismissed from the above-entitled action, with prejudice, each party to bear their own respective attorneys' fees and costs herein, and that all jury fees deposited with the Court shall be returned to the respective parties, regarding Case No. **2:21-CV-00451-JCM-BNW**.

DATED September 21, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

RAY LEGO & ASSOCIATES

/s/ **Eddie S. Gulbenkian**
EDDIE S. GULBENKIAN, ESQ.
Nevada Bar No. 007726
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Attorney for Defendant **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY**

2

**From:** Christian Griffin <cgriffin@haleinjurylaw.com>
**Sent:** Tuesday, September 20, 2022 6:34 PM
**To:** Gulbenkian, Eddie <EGULBENK@travelers.com>; Angie Del Toro <adeltoro@haleinjurylaw.com>
**Cc:** Shaddock, Chris <CSHADDOC@travelers.com>
**Subject:** [External] RE: Dacia Overstreet v. Travelers - follow up concerning Stipulation and Order for Dismissal

Eddie,

You have my permission to use my electronic signature.

Thank you.

**HALE INJURY LAW** — Making a difference

**Christian N. Griffin, Esq.**
*Attorney*
**Phone** (702) 736-5800   |   **Fax** (702) 534-4655
1661 W. Horizon Ridge Pkwy #200, Henderson, NV 89012
**Web** haleinjurylaw.com   |   **Email** cgriffin@haleinjurylaw.com

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602